## Stone Appeal.

■■■■■■■■

■■■ Argued June 13, 1974. *Peter T. Campana*, Assistant Public Defender, with him *John A. Felix*, Public Defender, for appellant; *William S. Kieser*, Assistant District Attorney, with him *Gregory V. Smith*, Assistant District Attorney, and *Allen E. Ertel*, District Attorney, for appellee.

Order affirmed.

## Western Savings Fund Society of Philadelphia *v.* Wytish, et ux., Appellants.

■■■■■■■■

■■■■■ Argued June 18, 1974. *Theodore J. Segal*, for appellants; *Terrence J. McCabe*, with him *Weinstein & Factor*, and *David C. Auten, Joseph H. Cooper*, and *Townsend, Elliott & Munson*, for appellee.

Order affirmed.